FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 29 2014

e/km

TYLER TEXAS
CATHY S. LUSK, CLERK

Appellate Docket Number: 12-14-00347-CR

Appellate Case Style: Style: Jared David McEwen

Vs. State of Texas

Companion Case:

*If my attorney failed to believe I was innocent has he provided effective assistance of counsel?*

Amended/corrected statement: ☑

## DOCKETING STATEMENT (Criminal)

Appellate Court: TWELFTH COURT OF APPEALS

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Jared | ☑ Lead Attorney |
| Middle Name: David | First Name: ~~Brent~~ Matthew |
| Last Name: McEwen | Middle Name: Brent |
| Suffix: N/A | Last Name: Ratekin |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: |
| Amount of Bond: N/A | ☑ Appointed ☐ Retained ☐ District Attorney ☐ Public Defender |
| Pro Se: ○ | Firm Name: |
| | Address 1: 100 E. Ferguson |
| | Address 2: |
| | City: Tyler |
| | State: Texas  Zip+4: 75702 |
| | Telephone: 903-595-1516  ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

## II. Appellee

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☑ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed ☐ Retained ☐ District Attorney ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State:     Texas                          Zip+4:

Telephone:                               ext.

Fax:

Email:

SBN:

> Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):

Type of Judgment:

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:

Offense charged:

Date of offense:

Defendant's plea:

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by:  ☑ jury or ☐ non-jury?

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed:

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☑ Yes ☐ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☑ Yes ☐ No ☐ NA   If yes, date filed:

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court:

County: Smith

**Trial Court Docket Number (Cause no):**

114-0781-14

Trial Court Judge (who tried or disposed of the case):

First Name: Christi

Middle Name:

Last Name: Kennedy

Suffix: M.S.

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas    Zip + 4: 75702

Telephone:    ext.

Fax:

Email:

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☑ Yes  ☐ No

Was reporter's record requested?  ☑ Yes  ☐ No

Was the reporter's record electronically recorded?  ☐ Yes  ☐ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?  ☑ Yes  ☐ No

---

☐ Court Reporter    ☐ Court Recorder
☐ Official    ☐ Substitute

Trial Court Clerk:  ☐ County  ☑ District

First Name: ~~Micheal~~ KAREN

Middle Name: ~~J~~

Last Name: ~~West~~ PHILLIPS

Suffix: ~~AA.~~

Address 1: 200 E. FERGUSON ST. STE. 300

Address 2:

City: TYLER

State: Texas    Zip + 4: 75702

Telephone:    ext.

Fax:

Email:

## X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style. *No1*

Docket Number:                                              Court:

Style:

    Vs.    State of Texas

## X. Signature

_Jared McEwen_
Signature of counsel (or Pro Se Party)

_Jared McEwen_
Printed Name:

Electronic Signature: _N/A_
   (Optional)

Date: 12-17-14

State Bar No: N/A

Name: Jared McEwen

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on

_____
Signature of counsel (or pro se party)

Electronic Signature:
   (Optional)

State Bar No.:

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:

Manner Served:

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State     Texas                    Zip+4:

Email: